JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER STROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE REDRHINO GROUP, INC., a California corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:18-cv-08451 RGK(JEMx)<br>*Honorable R. Gary Klausner Presiding*<br><br>**[PROPOSED] JUDGMENT ON APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST THE REDRHINO GROUP, INC.** |

# JUDGMENT

FOR GOOD CAUSE APPEARING, THE FOLLOWING JUDGMENT IS ENTERED AS FOLLOWS:

A Judgment in the amount of thirty thousand dollars and zero cents ($30,000.00) in statutory damages, plus costs in amount of four hundred ninety eight dollars and fifty five cents ($498.55) and attorneys' fees in amount of two thousand four dollars and zero cents ($2,400.00) for a total of thirty-two thousand, eight hundred ninety eight dollars and fifty five cents (**$32,898.55**) is hereby GRANTED and ENTERED against The Redrhino Group, Inc., a California Corporation, and in favor of Alexander Stross, along with interest in the amount prescribed by statute.

SO ORDERED.

Dated: February 22, 2019    By: _____
                              Honorable R. Gary Klausner
                              United States District Judge